764 A.2d 19

Neil D. **McGARRY**, Petitioner,

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING**, Respondent.

Supreme Court of Pennsylvania.

Jan. 5, 2001.

34

James Asher Lynch, III, Havertown, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 5th day of January, 2001, the Petition for Allowance of Appeal is granted, limited to the issue of whether N.J.S. § 39:4–50(a) and 75 Pa.C.S. § 3731 are "of a substantially similar nature" for purposes of Article IV of the Driver's License Compact. In all other respects, the Petition is denied. The matter is to be submitted on briefs.